IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUKE F CRANFORD,

    Plaintiff,

v.                                       CASE NO. 4:10-cv-00187-MP-WCS

FLORIDA DEPARTMENT OF CORRECTIONS, NAN JEFFCOAT, E POLLEY, JR,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Report and Recommendation by the Magistrate Judge, Doc. 5. The Magistrate Judge recommends this case be dismissed, without prejudice for Plaintiff to re-file if he pays the full filing fee. Plaintiff is not entitled to proceed *in forma pauperis* in this Court under 28 U.S.C. § 1915(g), and does not allege he is in imminent danger from the Defendants. Plaintiff has not objected to this recommendation, and the time for doing so has passed. Finding no plain error, it is

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 5, is ADOPTED and incorporated herein.

2.    This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this  *22nd* day of June, 2010



            *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge